UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICOLE M. STOCKMAN,

    Plaintiff,

v.                                                   Case No: 2:17-cv-76-FtM-38MCR

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 26) on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 25). Judge Richardson recommends that Plaintiff's Motion be granted. No party has objected to the Report and Recommendation, and the period to do so has elapsed. This matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).* In the absence of specific objections, there is no

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge Richardson's findings and recommendation, the Court accepts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 25) is **GRANTED.**

(2) The Clerk of Court is **DIRECTED** to enter an amended judgment in favor of Plaintiff against Defendant in the amount of $7,437.86 for attorney's fees and $12.00 for paralegal fees.

(3) The Commissioner is **DIRECTED** to determine whether Plaintiff owes a debt to the government. If the United States Department of the Treasury determines the Plaintiff does not owe such a debt, the Government is directed to accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of March, 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record